BARLOW et al. v. BARLOW et al.

(Supreme Court, Appellate Division, Second Department.    December 7, 1897.)

APPEAL—REVIEW—REPORT OF REFEREE.
  Where, on appeal from a judgment entered upon the report of a referee, there is no exception to his conclusion, nor any certificate that the case contains all the evidence given on the trial, no question is presented for consideration on the merits.

Appeal from special term.

Action by Julia Barlow and Howard Barlow against William H. Barlow, individually and as executor of Catharine S. Barlow, deceased, and others.    Judgment for plaintiffs, and defendant Barlow appeals.    Affirmed.

Argued before GOODRICH, P. J., and CULLEN, BARTLETT, HATCH, and BRADLEY, JJ.

Samuel Watson, for appellant.

Frederick M. Evarts, for respondents.

PER CURIAM.    There was no error to the prejudice of the defendant in any of the rulings at the trial; and as there is no exception to the conclusion of the referee, nor any certificate that the case contains all the evidence given on the trial, no question is presented for consideration on the merits.

The judgment, therefore, must be affirmed.